IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN RALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:09-cv-154-TFM |
| vs. | ) [wo] |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

In accordance with the *Memorandum Opinion and Order* reversing and remanding this case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405 (Doc. 18, April 27, 2010), it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Fed.R.Civ.P. 58, be, and is hereby, entered **for the Plaintiff, Karen Raley**, that the decision of the Commissioner be, and is hereby, **REVERSED**, and that this case be, and is hereby, **REMANDED to the Commissioner** for further consideration in accordance with the law.

DONE this 27th day of April, 2010.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE